IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **EXHIBIT LIST** |
| v. | ) | Case No. 8:13CR106 |
| | ) | Deputy: Mary Beth McFarland |
| | ) | Reporter: Digital Recorder |
| THOMAS SPENCER, | ) | Date: April 26, 2013 |
| Defendant. | ) | |

| PLF | DFT | 3PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | SEALED - 4 pages from search warrant | X | | X | | 04/26/13 |
| | 101 | | Location Monitoring Program Participant Agreement | X | | X | | 04/26/13 |
| | | | | | | | | |

**OBJECTIONS**
  R: Relevancy
  H: Hearsay
  A: Authenticity
  O: Other (specify)