IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WARREN TIDWELL,<br><br>　　　　　　　Defendant. | 8:13CR106<br><br><br>**MOTION TO AMEND CONDITIONS<br>　OF RELEASE** |

　　　　COMES NOW the Defendant, Warren Tidwell, by and through his attorneys of record, and respectfully moves this Court to amend the conditions of his release, pursuant to 18 U.S.C.A. §3145(a)(2), to allow Defendant to have contact with his minor children. In support hereof, Defendant states as follows:

1. By order of this Court, Defendant was released on the conditions previously set forth by the Western District of Oklahoma. Among other provisions, those conditions state that Defendant shall have no intentional and/or prolonged contact with any child under the age of eighteen (18) without prior permission of the U.S. Probation Officer, which could require a chaperon aware of the offense and approved by the U.S. Probation Officer.

2. Defendant is the father of two children both under the age of eighteen (18) and since his release has only been allowed to have supervised visitation with them.

3. Defendant is requesting permission to have regular, unsupervised visitation with his minor children.

4. Defendant will abide by all other conditions of his release and any other additional conditions the Court may deem appropriate.

　　　WHEREFORE, Defendant requests that his conditions of release be amended as set forth above, and for any other relief the Court deems necessary.

　　　DATED this 17th day of September, 2013.

         WARREN TIDWELL, Defendant,

By:    s/Joseph L. Howard
    Joseph L. Howard, #22743
    Stuart J. Dornan, #18553
    Dornan, Lustgarten & Troia, PC, LLO
    1403 Farnam Street, Suite 232
    Omaha, NE 68102
    (402) 884-7044
    (402) 884-7045 facsimile
    jhoward@dornanandlustgarten.com
    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

  I hereby certify that on September 17, 2013, I electronically filed the foregoing Motion to Amend Conditions of Release with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Michael P. Norris, Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

         s/Joseph L. Howard
        Joseph L. Howard, #22743
        Attorney for Defendant