IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WARREN TIDWELL,<br><br>Defendant. | 8:13CR106<br><br>**DECLARATION OF WARREN TIDWELL IN SUPPORT OF MOTION TO EXTEND DEADLINE TO FILE PRETRIAL MOTIONS PURSUANT TO NE. CRIM. R. 12.1** |

COMES NOW Defendant Warren Tidwell and respectfully submits the following declaration in support of his Motion to Extend the Pretrial Motion Deadline pursuant to Ne. Crim. R. 12.1.

Mr. Warren Tidwell respectfully states:

1. That I am a defendant in the above captioned case.
2. That I have reviewed the Motion to Extend the Pretrial Motion Deadline prepared by his counsel dated September 23, 2013.
3. That I have been advised by my defense counsel of the reasons for seeking the continuance or extension of the pretrial due date.
4. That I understand that the time requested in the extension will be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C §§ 3161-3174.
5. That I agree to the filing of the Motion to Extend the Pre-Trial Motion Deadline.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on this 23rd day of September, 2013.

_____
WARREN TIDWELL, Defendant