UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR106 |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RUSSELL GLENN PIERCE, et. al., | ) | MOTION TO SEAL |
| | ) | |
| Defendants. | ) | |

COMES NOW the Plaintiff, the United States of America, pursuant to NECrimR 12.4 and moves the Court to allow the government to file under seal its Index of Evidence in Support of the Government's Omnibus Brief in Opposition to Defendants' Motions to Suppress Evidence.

UNITED STATES OF AMERICA

DEBORAH R. GILG
United States Attorney
District of Nebraska


By: *s/Michael P. Norris*
MICHAEL P. NORRIS (#17765)
Assistant United States Attorney

s/Keith Becker
KEITH BECKER
DOJ TRIAL ATTORNEY

s/Sarah Chang
SARAH CHANG
DOJ TRIAL ATTORNEY

CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification to the counsel of record.

*s/Michael P. Norris*
MICHAEL P. NORRIS
ASSISTANT U.S. ATTORNEY