

# INVOICE



## Aurelius Investigation and Consulting
*Honesty Integrity Quality*

17330 West Center Rd Suite 110-197, Omaha, NE, 68130
Phone 402-889-5222

INVOICE # 111MJS
DATE: FEBRUARY 26, 2015

TO
Wes Dodge Law
11414 West Center Rd
#333
Omaha, Ne. 68144

| INVESTIGATOR | CASE | SERVICE BEGIN DATE | DUE DATE |
|---|---|---|---|
| Kasal | Wes Dodge Law \ Josh Welch | 1/9/15 | |

| DATE | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|
| 1/13/15 | FBI office on site | 129 | 5 | 645.00 |
| 1/13/15 | Lab analysis | 129 | 4 | 516.00 |
| 1/14/15 | FBI office on site | 129 | 4 | 516.00 |
| 1/14/15 | Lab analysis | 129 | 4 | 516.00 |
| 2/3/15 | Build exhibits and reports | 129 | 4 | 516.00 |
| 2/4/15 | Build exhibits and reports | 129 | 4 | 516.00 |
| 2/5/15 | Federal Court House trial day | 129 | 5 | 645.00 |
| | | | | |
| | | | | |
| | Continue on page 2 | | | |
| | | | SUBTOTAL | 3870.00 |
| | | | | |
| | | | TOTAL | |

Make all checks payable to Aurelius Investigation and Consulting
**THANK YOU FOR YOUR BUSINESS!**





# Aurelius Investigation and Consulting

*Honesty Integrity Quality*

17330 West Center Rd Suite 110-197, Omaha, NE, 68130
Phone 402-889-5222

INVOICE # 111MJS
DATE: FEBRUARY 26, 2015

TO     Wes Dodge Law
          11414 West Center Rd
          #333
          Omaha, Ne. 68144

| INVESTIGATOR | CASE | SERVICE BEGIN DATE | DUE DATE |
|---|---|---|---|
| Kasal | Wes Dodge Law \ Josh Welch | 1/9/15 | |

| DATE | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|
| | Tech consulting with Wes Dodge | | | |
| 1/27/15 | Meeting at his office 2-4 | 129 | 2 | 258.00 |
| 1/30/15 | Conference call 6:45-8:45 | 129 | 2 | 258.00 |
| 1/31/15 | Meeting at US Attorney's office 12:30-4:30 | 129 | 4 | 516.00 |
| 2/3/15 | Meeting at his office 7-10:30 | 129 | 3.5 | 451.50 |
| 2/4/15 | Meeting at his office 8-10:30 | 129 | 2.5 | 322.50 |
| | | | SUBTOTAL PG 1 | 3870.00 |
| | | | SUBTOTAL PG 2 | 1806.00 |
| | | | TOTAL | 5676.00 |

Make all checks payable to Aurelius Investigation and Consulting
**THANK YOU FOR YOUR BUSINESS!**